| 1. Person Reporting (Last name, First name, Middle initial) McMahon, Colleen | 2. Court or Organization US District Court-Southern Dis | 3. Date of Report 8/3/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) US District Judge-Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ◉ Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 300 Quarropas Street White Plains, New York 10601 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 |
| 2. Trustee | Trust #2 |
| 3. Trustee /Warden | Trust # 3 |
| 4. Trustee | Foundation #1 |
| 5. Trustee | Episcopal Divinity School |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED Aug 10 11 07 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Morgan Stanley & Co.-Option exercise |
| 2. | 2003 | ▒▒▒▒▒-Salary |
| 3. | 2003 | Emmis Communications Corp -Director Fees |
| 4. | 2003 | CSG Systems Inc-Director Fee |
| 5. | 2003 | ▒▒▒▒▒ Consulting Fee |
| 6. | 2003 | Kohl's Department Stores Inc-Director Fee |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | McMahon, Colleen | 8/3/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First Jewel | Capital Contribution | |
| 2. | Morgan Stanley Venture Investors III (IRA) | Capital Contribution | |
| 3. | Morgan Stanley Venture Investors III LP | Capital Contribution | |
| 4. | Skyline Venture Partners, L.P. | Capital Contribution | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 8/3/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Thornberg Ltd. Term Muni. Fd Nat'l | ▓▓▓ | | | | | | | | |
| 2. Computer Assoc.Int'l Com (IRA) | ▓▓▓ | | | | | | | | |
| 3. Intel Corp. Com (IRA) | ▓▓▓ | | | | | | | | |
| 4. Kohl's Corp. Com (IRA) | | | ▓▓▓ | | | | | | |
| 5. Thornberg Value Fund Class A Mut Fd. (IRA) | | | ▓▓▓ | | | | | | |
| 6. PW First Jewel Associate,L.P. | | | ▓▓▓ | | | | | | |
| 7. Morgan Stanley Venture Investors III LP (IRA) | ▓▓▓ | | | | | | | | |
| 8. | | | | | ▓▓▓ | | | | |
| 9. | | | | | ▓▓▓ | | | | |
| 10. Hewlett Packard Com (IRA) | ▓▓▓ | | | | | | | | |
| 11. Summit Associates/Boston Safe MM/Mellon Trust of NE (N/C) | ▓▓▓ | | | | | | | | ▓▓▓ |
| 12. Summit Assoc./Boston Safe /Mellon Trust of NE(N/C) | ▓▓▓ | | | | | | | | ▓▓▓ |
| 13. Intel Corp Com (Trust #2) | ▓▓▓ | | | | | | | | |
| 14. Kohl's Corp Com (Trust #2) | | | ▓▓▓ | | | | | | |
| 15. KPB Investments Inc. Com | ▓▓ | | | | | | | | See Note 1 & 2 |
| 16. Morgan Stanley Venture Investors III LP | ▓▓▓ | | | | | | | | |
| 17. | | | | | ▓▓▓ | | | | |
| 18. | | | | | ▓▓▓ | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 8/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Psychemedics Corp. Com | ▓▓▓▓▓ | ▓▓ | | | | | | | |
| 20. Thornberg Ltd Term Muni Fund Nat'l(Trust #2) | ▓▓▓▓▓ | ▓▓▓▓ | | | | | | | |
| 21. Thornberg Ltd Term Muni Fund Nat'l | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | | | | |
| 22. | | | | | ▓▓▓▓▓ | | | | |
| 23. EES 1985 LP | | ▓▓▓▓ | | | | | | | |
| 24. EES 1986 LP | | ▓▓▓▓ | | | | | | | |
| 25. Citibank(Checking) | ▓▓▓▓ | | | | | | | | |
| 26. Citibank(Savings) | ▓▓▓▓ | | | | | | | | |
| 27. Citibank(Savings) | ▓▓▓▓ | | | | | | | | |
| 28. Citibank(Savings) | ▓▓▓▓ | | | | | | | | |
| 29. Skyline Venture Partners,L.P. | ▓▓▓▓▓ | | | | | | | | See Note # 4 |
| 30. Information Associates-II,L.P. | | | ▓▓▓▓▓▓▓▓▓ | | | | | | |
| 31. Information Associates,L.P. | ▓▓▓▓▓ | | | | | | | | See Note # 4 |
| 32. MSCP III L.P. | ▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | | | | |
| 33. Morgan Stanley Venture Investors Annex L.P. | ▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | | | | See Note # 4 |
| 34. McKinley Capital Realty Partners,LLC | | | ▓▓▓▓▓ | | | | | | |
| 35. Morgan Stanley Venture Investors,L.P. | | ⁚ | ▓▓▓▓▓▓▓▓▓ | | | | | | |
| 36. ▓▓▓▓▓ (1998 300,000) | | | ▓▓▓▓▓ | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    L = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | McMahon, Colleen | 8/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. ▨▨▨ (1998 300,000) | | | ▨▨▨ | | | | | | |
| 38. Boston Safe Money Market/Mellon Bank of NE(N/C) | ▨▨▨ | | | | | | | | See Note # 7 |
| 39. Bond Finance International Conv. Due 7/97 (IRA) | | | ▨▨▨ | | | | | | |
| 40. MS Investments, Inc.Com | | ▨▨▨ | | | | | | | See Note 1 & 3 |
| 41. Summit Associates-Notes Receivable-Primrose Ptns | | ▨▨▨ | | | ▨▨▨ | | | | See Note # 1 |
| 42. Morgan Stanley Dean Witter Co. Com MS Capital Acc. Plan | ▨▨▨ | | | | ▨▨▨ | | | | |
| 43. KPB Inv./Boston Safe MM/Mellon Trust of NE (N/C) | ▨▨▨ | | | | | | | | See Note 1,2 & 7 |
| 44. MS Investments,Inc./Boston Safe M/M/Mellon Trust of NE (N/C) | ▨▨▨ | | | | | | | | See Note 1, 3 & 7 |
| 45. Northwestern Mutual Life | ▨▨▨ | | | | | | | | |
| 46. Citibank Checking (Trust #2) | | | ▨▨▨ | | | | | | |
| 47. EVILCO Life Insurance (Trust #1) | ▨▨▨ | | | | | | | | |
| 48. Northwestern Mutual Life (Trust #1) | | | ▨▨▨ | | | | | | |
| 49. Northwestern Mutual Life Insurance (Trust #1) | | | ▨▨▨ | | | | | | |
| 50. PHL Insurance (Trust #1) | | | ▨▨▨ | | | | | | |
| 51. Washington Mutual Investors Fund (IRA) | | ▨▨▨ | | | ▨▨▨ | | | | |
| 52. Passport Money Market Fund (IRA) | ▨▨▨ | | | | | | | | |
| 53. SFM Domestic Investments LLC | | | ▨▨▨ | | | | | | |
| 54. | | | | | ▨▨▨ | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | McMahon, Colleen | 8/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. | | | | | ▓▓▓▓▓ | | | | |
| 56. | | | | | ▓▓▓▓▓ | | | | |
| 57. | | | | | ▓▓▓▓▓ | | | | |
| 58. | | | | | ▓▓▓▓▓ | | | | |
| 59. | | | | | ▓▓▓▓▓ | | | | |
| 60. Sunrise Capital Special Partners, LLC | | | ▓▓▓▓▓ | | ▓▓▓▓▓ | | | | |
| 61. | | | | | ▓▓▓▓▓ | | | | |
| 62. | | | | | ▓▓▓▓▓ | | | | |
| 63. | | | | | ▓▓▓▓▓ | | | | |
| 64. CSG Systems International Inc.Com | | ▓▓▓▓▓ | | | | | | | |
| 65. Mariners Park LLC-Real Estate East Haven CT (1995 307,000) | | ▓▓ | | | ▓▓▓▓▓ | | | | Mariners Park Development |
| 66. Quantum Fund(IRA) | | ▓▓▓▓▓ | | | | | | | |
| 67. Summit Mariner, LLC | | ▓▓▓▓▓ | | | | | | | |
| 68. Skyline Venture Partners Qualified Purchase Fund II | | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | | | See Note # 4 |
| 69. Trident Capital Fund-IV LP | | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | | | See Note # 4 |
| 70. | | | | | ▓▓▓▓▓ | | | | |
| 71. | | | | | ▓▓▓▓▓ | | | | |
| 72. Sentinel Capital Partners II LP | | ▓▓▓▓▓▓▓▓▓ | | | | | | | See Note # 4 |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 8/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g. div. rent. or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g. buy, sell, merger, redemption) | (2)<br>Date: Month - Day | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 73. McKinley Cycles LLC | | ▨▨▨▨▨ | ▨▨▨▨ | | | | | | |
| 74. Soros Private Equity Partners LLC | ▨▨▨▨▨▨▨▨ | | | | | | | | See Note # 4 |
| 75. Thornberg Internaional Value Fund Cl 1 | ▨▨▨ | | | | ▨▨▨▨▨▨▨ | | | | |
| 76. Thornberg Value Fund Class 1 | ▨▨▨ | | | | ▨▨▨▨▨▨▨ | | | | |
| 77. Summit Mariner LLC/JP Morgan Checking | ▨▨▨▨▨▨▨▨ | | | | | | | | |
| 78. Rental # 1 /JPMorgan Checking | ▨▨▨▨▨▨▨▨ | | | | | | | | |
| 79. Rental # 1, ▨▨▨▨▨ (1999 $ 825,000) | ▨▨▨▨▨▨▨▨ | | | | | | | | |
| 80. Rental # 2 New York, NY(1999 $ 900,000) | ▨▨▨▨▨▨▨▨ | | | | | | | | |
| 81. Rental # 2/JP Morgan -Checking | ▨▨▨▨▨▨▨ | | | | | | | | |
| 82. JP Morgan(Checking) | ▨▨▨▨▨▨▨ | | | | | | | | |
| 83. Andex Resources LLC | ▨▨▨▨▨▨▨▨▨▨▨▨▨▨ | | | | | | | | See Note # 4 |
| 84. Sorco Interfund LP | ▨▨▨▨▨▨ | | | | | | | | |
| 85. Long Island Power Authority Bond 6% 12/07 | ▨▨▨▨▨▨▨▨ | | | | | | | | |
| 86. NYC General Obligation Bonds 5.25 due 08/06 | ▨▨▨▨▨▨▨▨ | | | | | | | | |
| 87. NYS Dorm. Authority Bond 5.75% due 07/08 | ▨▨▨▨▨▨▨ | | | | | | | | |
| 88. NYS Dorm. Authority Bond 7.5% due 07/10 | ▨▨▨▨▨▨▨ | | | | | | | | |
| 89. NYS Dorm. Authority Bond 5.5% due 07/09 | ▨▨▨▨▨ | | | | ▨▨▨▨▨▨▨▨ | | | | |
| 90. NYS Med Care FACS Bond 5.8% due 8/22 | ▨▨▨▨▨ | | | | ▨▨▨▨▨▨▨ | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 8/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Triad Biotechnology Inc. Preferred Stock | | ▓▓▓ | | | | | | | |
| 92. JP Morgan NY Tax-Free M/M Fund | ▓▓▓ | | | | | | | | |
| 93. Oneida County NY Dev Bond 6 % due 01/10 | ▓▓▓ | | | | ▓▓▓ | | | | — |
| 94. Vacant Land ▓▓▓ (1999 $ 425,000 ) | | ▓▓▓ | | | | | | | |
| 95. Five Point Fund LLC | | ▓▓▓ | | | | | | | |
| 96. McKinley Cycles II LLC | | ▓▓▓ | | | | | | | |
| 97. Trident Capital Fund V LP | ▓▓▓ | | | | | | | | See Note # 4 |
| 98. | | | | | ▓▓▓ | | | | |
| 99. | | | | | ▓▓▓ | | | | |
| 100. | | | | | ▓▓▓ | | | | |
| 101. Nassau Point Partners I LP | ▓▓▓ | | | | | | | | See Note # 4 |
| 102. Nimblegen Systems LLC Preferred | | ▓▓▓ | | | | | | | |
| 103. Karsch Capital II LP | ▓▓▓ | | | | | | | | See Note # 4 |
| 104. Origin Investors LP | ▓▓▓ | | | | | | | | See Note # 4 |
| 105. Linx Partners LP II | ▓▓▓ | | | | | | | | Se Note # 4 |
| 106. | | | | | ▓▓▓ | | | | |
| 107. | | | | | ▓▓▓ | | | | |
| 108. | | | | | ▓▓▓ | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | McMahon, Colleen | 8/3/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 109. | | | | | | | | | |
| 110. SREI Capital Commitment Partners, LP | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |
| 116. Martha's Vineyard Golf Partners LLC | | | | | | | | | |
| 117. Silvaris Corp Preferred B | | | | | | | | | |
| 118. Kevin Dann and Partners, LLC | | | | | | | | | |
| 119. NY College Savings Program Series 151 | | | | | | | | | |
| 120. NY College Savings Program Series 151 | | | | | | | | | |
| 121. NY College Savers Program Series 151 | | | | | | | | | |
| 122. GS Federal Portfolio Liquid Assets | | | | | | | | | |
| 123. JP Morgan (Checking) | | | | | | | | | |
| 124. NY State Dorm Auth 6.1% due 07/19 | | | | | | | | | |
| 125. NY NY Transitional 5.3% due 11/09 | | | | | | | | | |
| 126. NY NY Transitional 5.75 due 11/09 | | | | | | | | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                            P3 = $25,000,001-$50,000,000                     P4 = $More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)        U = Book Value   V = Other   W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | McMahon, Colleen | 8/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 127. NYS Med Care FACS 6.9% due 08/34 | ▓▓▓ | | ▓▓▓ | | | | | | |
| 128. NYC Indl Dev 6.1% due 11/04 | ▓▓▓ | | ▓▓▓ | | | | | | |
| 129. NYS Mtge Agency 5.65% due 10/11 | ▓▓▓ | | ▓▓▓ | | | | | | |
| 130. Rome NY HSG DEV 6.25% due 01/18 | ▓▓▓ | | ▓▓▓ | | | | | | |
| 131. NYS Housing Fin Agency 5.8 due 08/04 | ▓▓▓ | | ▓▓▓ | | | | | | |
| 132. Oneida Cnty NY 6.25% due 06/15 | ▓▓▓ | | ▓▓▓ | | | | | | |
| 133. Amherst NY Dev Agency 5.75% due 08/11 | ▓▓▓ | | | | ▓▓▓ | | | | |
| 134. Amherst NY Indl Dev 5.75% due 08/12 | ▓▓▓ | | | | ▓▓▓ | | | | |
| 135. NY City HSG Dev 5.5% due 11/09 | ▓▓▓ | | | | | | | | |
| 136. Albany NY Indl Dev 5.25% due 10/11 | ▓▓▓ | | | | ▓▓▓ | | | | |
| 137. Albany NY Indl Dev 5.375% due 10/13 | ▓▓▓ | | | | ▓▓▓ | | | | |
| 138. Utica NY Indl Dev 5.1% due 7/13 | ▓▓▓ | | | | ▓▓▓ | | | | |
| 139. Utica NY Indl Dev 5.15% due 7/14 | ▓▓▓ | | | | ▓▓▓ | | | | |
| 140. Goldman Sachs TR Asian Growth Fund (IRA) | | ▓▓▓ | | | ▓▓▓ | | | | |
| 141. Euro Pacific Growth Fund (IRA) | | ▓▓▓ | | | ▓▓▓ | | | | |
| 142. Small Cap World Fund (IRA) | | ▓▓▓ | | | ▓▓▓ | | | | |
| 143. Growth Fund of America (IRA) | | ▓▓▓ | | | ▓▓▓ | | | | |
| 144. Bank of NY (Checking)(Trust #3) | ▓▓▓ | | | | | | | | See Note # 5 |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  = Book value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 8/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. Bank of NY (Money Market)(Trust #3) | ▓▓▓▓▓▓ | | | | | | | | See Note # 5 |
| 146. Merrill Lynch-Redi Asset Account(Trust # 3) | ▓▓▓▓▓▓ | | | | | | | | See Note # 5 |
| 147. Merrill Lynch Income Fund (Trust #3) | ▓▓▓▓▓▓ | | | | | | | | See Note # 5 |
| 148. Diocesan Investment Trust Equity Fund(Trust #3) | ▓▓▓▓▓▓ | | | | | | | | See Note # 5 |
| 149. DIT Outreach Endowment Fund(Trust #3) | ▓▓▓▓▓▓ | | | | | | | | See Note # 5 |
| 150. Bank of New York (Capital Campaign) (Trust #3) | ▓▓▓▓▓▓ | | | | | | | | See Note # 5 |
| 151. VKAC Comstock Fund(IRA) | | ▓▓ | | | ▓▓▓▓▓▓ | | | | |
| 152. VK Emerging Growth Fd(IRA) | | ▓▓ | | | ▓▓▓▓▓▓ | | | | |
| 153. NYS Urban Dev Due 1/1/11 | ▓▓▓▓ | | | | ▓▓▓▓▓▓▓ | | | | |
| 154. Port Chester NY IDAR 4.75% due 7/1/13 | ▓▓▓▓ | | | | ▓▓▓▓▓ | | | | |
| 155. Brookhaven, NY IDAR FLT Rate due 11/01/31 | ▓▓▓▓ | | ▓▓▓ | | | | | | |
| 156. NYS Dorm Auth 6 % due 11/15/03 | ▓▓▓▓ | | | | ▓▓▓▓▓ ▓▓ | | | | |
| 157. Dunquesne Fund,LP | | | ▓▓▓▓▓▓▓▓▓▓ | | | | | | |
| 158. JK & B Capital IV QIP LP | ▓▓▓▓▓▓▓▓▓▓ | | | | | | | | See Note # 4 |
| 159. Perseus Biopharmaceutical Investor LP | ▓▓▓▓▓▓▓▓▓▓ | | | | | | | | See Note # 4 |
| 160. | | | | | ▓▓▓▓▓ | | | | |
| 161. | | | | | ▓▓▓▓▓ | | | | |
| 162. | | | | | ▓▓▓▓ | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 8/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. | | | | | | | | | |
| 164. | | | | | | | | | |
| 165. | | | | | | | | | |
| 166. | | | | | | | | | |
| 167. | | | | | | | | | |
| 168. Skyline Venture Partners Qualified Purchaser Fund III LP | | | | | | | | | |
| 169. | | | | | | | | | |
| 170. | | | | | | | | | |
| 171. Soros Private Equity Partners II LLC | | | | | | | | | |
| 172. | | | | | | | | | |
| 173. | | | | | | | | | |
| 174. | | | | | | | | | |
| 175. SPEP Limited Partner LLC | | | | | | | | | |
| 176. | | | | | | | | | |
| 177. | | | | | | | | | |
| 178. | | | | | | | | | |
| 179. Soros Real Estate Partners II LP | | | | | | | | | See Note # 4 |
| 180. | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 | (5) Identity of buyer/seller (if private transaction) |
| 181. | | | | | ▮▮▮▮▮ | | | | |
| 182. | | | | | ▮▮▮▮▮ | | | | |
| 183. | | | | | ▮▮▮▮▮ | | | | ‗ ‗ |
| 184. Tactics II LP | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | | | | | | See Note # 4 |
| 185. Visual Networks Inc Com(Foundation # 1) | | | ▮▮▮▮▮ | | | | | | |
| 186. MS RepoSweep/US Gov't Backed Sec((n/c Bk of NY (Found #1) | ▮▮▮▮▮▮▮ | | | | | | | | |
| 187. JP Morgan Checking(Foundation #1) | ▮▮▮▮▮ | | | | | | | | |
| 188. Nassau Point Partners II LP | ▮▮▮▮▮ | | | | | | | | |
| 189. Syracuse NY HSG 5.4 % due 9/1/16 | ▮▮▮▮▮ | | | | ▮▮▮▮▮▮ | | | | |
| 190. Nassau County NY 5.375 % due 7/15/03 | ▮▮▮▮▮ | | | | ▮▮▮▮▮ ▮ | | | | |
| 191. NYS Dorm Auth Zero Coupon due 7/1/04 | ▮▮▮▮▮▮ | | | | ▮▮▮▮▮▮▮ | | | | |
| 192. NYS Dorm Auth 5.25 % due 11/1/12 | ▮▮▮▮▮ | | | | ▮▮▮▮▮▮ | | | | |
| 193. Harris Insight Tax Exempt MM | ▮▮▮▮▮▮ | | | | | | | | |
| Harris Insight Gov't MM (IRA) | ▮▮▮▮▮▮ | | | | | | | | |
| 195. Harris Insight MM(Trust #2) | ▮▮▮▮▮▮ | | | | | | | | |
| 196. Allegiance Telecom, Inc. Com | | | ▮▮▮▮▮▮▮▮▮ | | | | | | |
| 197. MM Community Funding III Sun Note | ▮▮▮▮▮▮ | | | | | | | | |
| 198. OR Music LLC | | | ▮▮▮▮▮ | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 8/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199. OK New York LLC | | | | | | | | | |
| 200. OK New York LLC (Note Receivable) | | | | | | | | | |
| 201. Colonial Printing LLC | | | | | | | | | See Note # 4 |
| 202. | | | | | | | | | |
| 203. | | | | | | | | | |
| 204. | | | | | | | | | |
| 205. Quantum Industrial Partners LDC | | | | | | | | | See Note # 4 |
| 206. Windstar Capital LLC Notes Receivable | | | | | | | | | |
| 207. Micell Technologies Inc Com | | | | | | | | | |
| 208. Snowden Pence Holdings 12.5% Sub Note | | | | | | | | | |
| 209. Snowden Pence Holdings Preferred Stock | | | | | | | | | |
| 210. Snowden Pence Holdings Com | | | | | | | | | |
| 211. Jetblue Airways Rstd Com | | | | | | | | | |
| 212. Jetblue Airways Rstd Com | | | | | | | | | |
| 213. Jetblue Airways Rstd Com | | | | | | | | | |
| 214. Microsoft Corp Com | | | | | | | | | |
| 215. Microsoft Corp Com | | | | | | | | | |
| 216. Microsoft Corp Com | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 8/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 217. Merrill Lynch Donor Restricted Fund (Trust # 3) | | | | | | | | | See Note # 5 |
| 218. SFM Participation LP | | | | | | | | | |
| 219. Capital Income Buildres Fd Cl a(IRA) | | | | | | | | | |
| 220. | | | | | D | | | | |
| 221. Kinderhook NY GO 6.0 6/15/07 | | | | | | | | | |
| 222. NYC GO 7.25 8/15/19 | | | | | | | | | |
| 223. NYC Trans 4.50 11/15/03 | | | | | | | | | |
| 224. | | | | | | | | | |
| 225. NYS Dorm 5.25 8/15/04 | | | | | | | | | |
| 226. NYS Dorm 5.26 due 8/15/05 | | | | | | | | | |
| 227. NYS Enviom 3.6 10/15/04 | | | | | | | | | |
| 228. NYC GO 5.625 4/15/05 | | | | | | | | | |
| 229. NYS Dorm 4.0 2/1/04 | | | | | | | | | |
| 230. NYS Dorm 5.125 7/1/04 | | | | | | | | | |
| 231. MAC 5.0 7/1/05 | | | | | | | | | |
| 232. NY NY UNLTD 6.25 4/15/06 | | | | | | | | | |
| 233. NYS Dorm 5.00 7/1/04 | | | | | | | | | |
| 234. White Plains GO 3.75 7/1/04 | | | | | | | | | |

1. Income/Gain Codes:  A. = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 8/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 235. NYS Dorm 4.00 12/15/05 | | | | | | | | | |
| 236. MAC 6.00 7/1/05 | | | | | | | | | |
| 237. NY NY DD 6.00 10/15/05 | | | | | | | | | |
| 238. NYS Env 6.7 6/15/10 | | | | | | | | | |
| 239. MTA 5.00 11/15/07 | | | | | | | | | |
| 240. NY HSG 6.375 9/15/15 | | | | | | | | | |
| 241. NYS Dorm 5.00 7/1/05 | | | | | | | | | |
| 242. NYC Health & Hosp 4.2 2/15/07 | | | | | | | | | |
| 243. Onondaga Cnty NY 4.125 5/1/07 | | | | | | | | | |
| 244. NYS Dorm 5.25 8/15/05 | | | | | | | | | |
| 245. Sanmina-Sci Corp Com | | | | | | | | | |
| 246. | | | | | | | | | |
| 247. MSIF Money Market | | | | | | | | | |
| 248. MSIF Money Market | | | | | | | | | |
| 249. MSIF Money Market | | | | | | | | | |
| 250. Evolving Systems Com | | | | | | | | | See Note # 6 |
| 251. | | | | | | | | | See Note # 6 |
| 252. | | | | | | | | | See Note # 6 |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 8/3/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 253. | | | | | ▨▨▨▨ | | | | ▨▨▨ See Note # 6 |
| 254. | | | | | ▨▨▨▨ ▨▨ | | | | See Note # 6 |
| 255. | | | | | ▨▨▨▨ | | | | ▨▨▨ See Note # 6 |
| 256. Evolving Systems Com(Foundation #1) | | ▨▨▨ | | | ▨▨▨▨ | | | | See Note # 6 |
| 257. | | | | | ▨▨▨▨ | | | | See Note #6 |
| 258. | | | | | ▨▨▨▨ | | | | Note # 6 |
| 259. | | | | | ▨▨▨▨ | | | | |
| 260. First Energy Corp(x) | | ▨▨▨▨▨▨▨ | | | ▨▨ | | | | See Note # 7 |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

**Note # 1**
Explanation Re:Section VII Item #'s 11,12,15,40,41,43,44,65
Summit Associates LP is a General Partnership, of which both shareholders are closely held "S" Corporations,(KPB Investments Inc., and MS Investments., Inc).Summit Associates is the managing member of Mariner's Park LLC. Mariner's Park LLC sold the remaining real estate in 2003 that was held in Easthaven CT. In addition, the Notes Receivable, held by Summit Associates was redeemed in 2003. The only remianing asset left in the partnership is Cash as of December 31, 2003.

**Note #2**
Explanation Re: Section VII Item # 15 & 43
KPB Investments Inc., is a general partner of Summit Associates. The assets of the corporation are explained above. KPB is a member of Mariners Park LLC.The only remaining asset is Cash.

**Note # 3**
Explanation Re:Section VII Item #' 40 & 44
MS Investments Inc.,ia a general partner of Summit Associates. The assets of the corporation are explained above. MS is a member of Mariners Park LLC. The only remaining asset is Cash.

**Note #4**
Explanation Re:Section VII Item #' 7,16,29,31,32,33,68,69,72,74,83,84,97,101,103,104,105158,159,179,184,201,205,
The income from investments in Limited partnerships usually contain more than one type of income. For income valuation purposes,the various amounts were combined to determine the amount code in column B(1)The type of income in column B(2)is labeled "distribution", to denote more then one category of income was contained in schedule K-I received from the partnership.

**Note # 5**
Explanation Re:Section VII Item # 144,145,146,147,148,149,150,217
Beginning February 2001,Judge McMahon has served as a Churchwarden of her parish church. The assets of the parash,which are corporate assets,are owned in the name of the Rector,Wardens and Vestry of the parish(who are collectively the equivalent of the Board of Directors of the parish,which is incorporated under the Religious Corporation Law of the State of New York). Because of this technicality of ownership, we have elected to list the financial assets of the parish as item # 145-150 and 217 on the Disclosure Form. Judge McMahon does not sit on the Investment Committee of the parish and does not formulate recommendations or make decisions concerning investments.
Item # 147
The assets contained in the Merrill Lynch brokerage account consists of money market funds. From time to time,the Church receives contributions in the form of marketable securities of publically or privately held corporations. The Church maintains a policy (adopted long before Judge McMahon's time)of not holding securities and therefore sells any stock it receives immediately upon receipt. The proceeds are then deposited into the money market fund. We do not separately list these gifts of securities on the disclosure form. Under the Constitution and Canons of the Episcopal Church (USA),the church and the adjacent parish house are held by the corporation in trust for the Episcopal Dioceses of New York and may not be alienated (including by lease for a period of more than five years)without the approval of the Bishop and the Standing Committee of the Dioceses of New York. They are not separately listed on the disclosure form.

**Note # 6**
Explanation Re:Section VII Item #'s 250,252,254
These securities were not purchased but were received from time to time as in-kind distributions from the various Limited Partnerships These securities are listed as a "Distribution" in column D(1). The date in column D(2) is the effective date of the distribution. The Value in column D(3) is the distributees's pro rate share of the total acquisition of the assets by the Limited Partnership, as reported by the General Partner. These securities were donated to Foundation # 1 and sold by the Foundation, upon receipt.

**Note # 7**
Explanation Re:Section VII Item 11,12,38,4,44
The accounts originally listed as Boston Safe were renamed to Mellon Trust of NE during 2003.

**Note # 8**
Explanation Re:Section VII Item # 260
The securities received were an exempt gift received by the Judge in 2003. They were exempted from reporting under Section V.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____    Date _____8/4/03_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544